The defendant's remaining contentions are unpreserved for appellate review and, in any event, are without merit. Lifson, J.P., Florio, Eng and Belen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY HARRIS, Appellant. [863 NYS2d 603]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 29, 2001 (*People v Harris,* 283 AD2d 656 [2001]), affirming a judgment of the County Court, Suffolk County, rendered February 24, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Mastro, J.P., Rivera, Skelos and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEVELAND HAWKINS, Appellant. [863 NYS2d 603]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 19, 2007 (*People v Hawkins,* 41 AD3d 732 [2007]), affirming a judgment of the Supreme Court, Kings County, rendered June 17, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Santucci, Covello and Carni, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID HOWELL, Appellant. [863 NYS2d 607]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 2, 2007 (*People v Howell,* 44 AD3d 685 [2007]), modifying a judgment of the Supreme Court, Kings County, rendered March 25, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Fisher, Dillon and Dickerson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD HOWELL, Appellant. [863 NYS2d 607]—Application by the appellant for a writ of error coram nobis to vacate, on the